# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

OCT 1 9 2017

David J. Bradley, Clerk of Court

No. 17 CR 618

Judge: Lake

**HOUSTON DIVISION**

USAO Number: 2016R10484

Magistrate Number:

**CRIMINAL INFORMATION**

Filed _____

**UNITED STATES of AMERICA**

vs.

ANTHONY MACE

**ATTORNEYS:**

ABE MARTINEZ, ACTING USA          (713) 567-9000

SUZANNE ELMILADY, AUSA            (713) 567-9574

Nicolas Bourtin and Ann-Elizabeth Ostrager

|  | Appt'd | Private |
|---|---|---|
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Count 1: Conspiracy [18 U.S.C. § 371]

**PENALTY:** Count 1: Up to 5 years imprisonment, $250,000 fine or twice the gross gain or loss, 3 years supervised release, and $100 special assessment.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**