United States District Court
Southern District of Texas
**ENTERED**
October 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: |
| v. | § § § | |
| ANTHONY MACE | § § § § § § § § § § § | 17 CR 6 1 8 |

## ORDER FOR ISSUANCE OF NOTICE

A _____CRIMINAL INFORMATION_____ has been filed against the defendant who is

☐ Released on Conditions   ☐ Detained   ☐ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant  10/30/17

at  10:00 am.

SIGNED at Houston, Texas, on  10/23 , 20 17.

_____
UNITED STATES MAGISTRATE JUDGE