United States District Court
Southern District of Texas
**ENTERED**
November 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: H-17-618 |
| v. § | |
| § | |
| ANTHONY MACE § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a _CRIMINAL INFORMATION_ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on _11-9-17_ at _10:00 AM_. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

ANTHONY MACE
Defense Attorney
Nicolas Bourtin and Ann-Elizabeth Ostrager
Sullivan & Cromwell LLP | 125 Broad Street |
New York, NY  10004-2498

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on _Nov 8_, 20_17_.

UNITED STATES MAGISTRATE JUDGE