JUDGE_____DAVID HITTNER_____

CASE MANAGER___ELLEN ALEXANDER___   RPTR/~~TAPE~~ Kathy Metzger

INTERPRETER _N/A_

TIME____|____ A.M.   2:15 | 2:45 P.M.   DATE _11-9-17_
    begin   end     begin   end

CR. NO. ___4:17-618___   DEFT. NO. _01_

UNITED STATES OF AMERICA          §   _Suzanne Elmilady + Dennis_ AUSA
                                  §                    Kihm
vs.                               §
                                  §
_Anthony Mace_____    §   _Nicolas Bourtin + Ann-Elizabeth_ ☐ CJA
                                      _David Isaac    Ostrager_ (R)

## ARRAIGNMENT / REARRAIGNMENT

☑ karr./krearr.   ☐ Arraignment   ☑ Rearraignment   held on cts ___i_____.

☑ kpl.            Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).

☑ kwvindi.        Indictment waived.

☑ kplag.          PLEA AGREEMENT: _Rule 11(c)(1)(A) + (B)_____
                  _____
                  _____
                  _____

☑ . . .           Order for PSI setting Disclosure and Sentencing dates signed.

☐ kwvpsi.         PSI waived.

☑ ksen.           Sentencing set _February 2, 2018_ at _2:00 p.m_

☐ kjytrl.         Jury trial set _____ at _____.

☐ ko.(bnd.)       Deft bond ☐ set  ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ . . .           Deft failed to appear, bench warrant to issue.

☑ . . .           Deft bond ☑ continued  ☐ forfeited.

☐ . . .           Deft remanded to custody.

☑ . . .           Terminate other settings for this deft.   ☑ Terminate motions for this deft.

                  OTHER PROCEEDINGS: _____
_____
_____
_____
_____

Copy to:     USPO