AO 455 (Rev. 1/09) Waver of an Indictment

# UNITED STATES DISTRICT COURT

for the

_____Southern_____ **DISTRICT OF** _____Texas_____

| | | |
|---|---|---|
| United States of America | ) | Case No: |
| v. | ) | |
| | ) | |
| ANTHONY MACE | ) | **17 CR 618** |
| | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11.09.17

_____
Defendant's signature

_____
Signature of defendant's attorney

Nicolas Bourtin
_____
Printed name of defendant's attorney

_____
Judge's signature

Nancy Johnson
_____
Judge's printed name and title