AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

2017 NOV -8 PM 4: 41

SOUTHERN DIST. S/TX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony Mace | ) | |
| c/o Nicolas Bourtin & Ann-Elizabeth Ostrager | ) | Case No. H-17-618 |
| 125 Broad Street | ) | |
| New York, NY 10004-2498 | ) | |
| *Defendant* | ) | |

United States Courts
Southern District of Texas
FILED

NOV 15 2017

David J. Bradley, Clerk of Court

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ' Superseding Indictment ' Information ' Superseding Information ' Complaint

' Probation Violation Petition ' Supervised Release Violation Petition ' Violation Notice ' Order of Court

| Place: | U.S. District Court<br>515 Rusk St<br>Houston, TX 77002 | Courtroom No.: 700 |
|---|---|---|
| | | Date and Time: 11/9/2017 at 10 a.m. |

This offense is briefly described as follows:
Count 1: 18 USC Sec 371 Conspiracy

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 11/08/2017

*Issuing officer's signature*

T. Hanniable, Deputy Clerk

*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ' Returned this summons unexecuted

Date: 11/9/17

*Server's signature*

STINEBUCK DUSM 4522

*Printed name and title*