Case 4:17-cr-00618   Document 28   Filed in TXSD on 12/21/17   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *versus* | § § | |
| ANTHONY MACE | § § § | 4:17CR00618-001 |

ORDER RESETTING SENTENCING

At the request of the probation office, the sentencing of the defendant is reset:

1. The presentence investigation report will be available to the defendant on March 8, 2018.

2. Counsel will file objections or a statement within fourteen days after disclosure due on March 22, 2018.

3. The final copy of the PSR will be filed with the Court 7 days prior to sentencing.

4. The sentencing will be held on April 12, 2018 at 2:00 p.m.

Signed _Dec 21_, 2017, at Houston, Texas.

David Hittner
United States District Judge

Copy:  U.S. Probation Officer Jesus Garcia



United States Probation Office

Southern District of Texas

Houston Division

Date: December 14, 2017

To: Ellen Alexander, Case Manager to the Honorable David Hittner, United States District Judge, ext. 45511

From: Jesus Garcia, United States Probation Officer, ext. 45285

Subject: Request for Extension of Time – Related PSI Reports

    ROBERT ZUBIATE   4:17CR00591-001
    ANTHONY MACE       4:17CR00618-001

The PSI reports above are set for disclosure on December 27, 2017 (Zubiate) and December 29, 2017 (Mace). I am requesting an extension because:

    ☒ The Government has yet to provide me with the case material needed to prepare the Offense Conduct. Once I receive the material, I will need time to review its contents, prepare the Offense Conduct, determine relevant conduct/restitution, and confer with the case agent.

I suggest    ☒ a new disclosure date of March 8, 2018.

The sentencing dates  ☐ will not  ☒ will need to be reset

    ☒ 35 days after the new disclosure date

Requested                                     Concur

*Jesus Garcia*                          *Robert A. Bartlett* _____ for
Jesus Garcia, U.S. Probation Officer      Carlos M. Solis, Jr., Assistant Deputy Chief
                                                     U.S. Probation Officer