IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. Action H-17-618 (01) |
| | § | |
| Anthony Mace, | § | |

## **ORDER**

IT IS HEREBY

ORDERED that sentencing for Defendant, Anthony Mace, is

reset for Thursday, August 16, 2018 at 2:00 p.m. before United States District

Judge David Hittner, Courtroom 8-A, 515 Rusk, Houston, Texas.

SIGNED at Houston, Texas, on this 9th day of April, 2018.

DAVID HITTNER
United States District Judge