IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
United States District Court
Southern District of Texas
**ENTERED**
July 10, 2018
David J. Bradley, Clerk

| | |
|---|---|
| United States of America, § § § | |
| v. § | C.R. Action H-17-618 |
| Anthony Mace, § § | |

## ORDER

IT IS HEREBY

ORDERED that sentencing is reset to September 28, 2018 at 1:15 p.m., before United States District Judge David Hittner, Courtroom 8-A, 515 Rusk, Houston, Texas.

SIGNED the ___9___ day of July, 2018.

_____
DAVID HITTNER
U.S. District Judge