| | | | | |
|---|---|---|---|---|
| JUDGE | DAVID HITTNER | | | |
| CASE MANAGER | ELLEN ALEXANDER | RPTR/TAPE Fred Warner | | |
| USPO Lou Toledo | | INTERPRETER N/A | | |

| TIME | | A.M. | 1:45 | 2:45 P.M. | DATE 9/28/18 |
|---|---|---|---|---|---|
| | begin | end | begin | end | |

CR. NO. 4:17-618    DEFT. NO. 01

UNITED STATES OF AMERICA § Dennis Kihm + Suzanne Elmilady     AUSA
VS.
Anthony Mace § Nicolas Bourtin, Ann-Elizabeth Ostrager + David Isaak (R)  CJA

## SENTENCING

- [x] ksen. — Sentencing held. [x] Guilty plea [ ] Guilty verdict on 11-9-17, Cts. 1
- [ ] ksen. — Sentencing held **with contested issues**.
- [x] ... — SENTENCE: Custody of the Bureau of Prisons for a term of 36 months. Supervised Release for a term of 1 year. Fine in the amount of $150,000.00.

Objections are overruled + the PSR + all addendums are adopted by the Court.

$50 special assessment on Counts 1
$100. TD

- [ ] ... — **Time to serve.**
- [ ] kdismcntgv. — Counts _____ dismissed on government's motion.
- [ ] kosurr. — Deft ordered to surrender to U.S. Marshal on _____.
- [x] ... — Deft ordered to surrender to institution when designated.
- [ ] kcphrg. — Change of plea hearing, deft withdraws plea of guilty. (kpstr.).
- [ ] kjytrl. — Jury trial set for _____ at _____.
- [ ] ko.(bnd.). — Deft bond [ ] set [ ] reduced to $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR.
- [ ] ... — Deft failed to appear, bench warrant to issue.
- [x] ... — Deft bond [x] continued [ ] forfeited.
- [ ] ... — Deft remanded to custody.
- [x] ... — Terminate other settings for this deft.   [x] Terminate motions for this deft.

OTHER PROCEEDINGS: _____

Copy to: USPO